DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              *
                                      *
                v.                    *       22-mj-06014-DEA
                                      *
BRIAN J. CRANN                        *
                                      *
                                   *****

## <u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[ ]   The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[ ]   Other:

Date:  2/4/2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge