================================================================

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6014 (DEA) |
| BRIAN J. CRANN | : | **STAY OF RELEASE ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey and Michelle S. Gasparian, Assistant United States Attorneys, appearing) seeking de novo review and revocation of the February 4, 2022 Order Setting Conditions of Release as to defendant Brian J. Crann, pursuant to Title 18, United States Code, Section 3145(a)(1); the government's motion having been assigned to Hon. Freda L. Wolfson, Chief United States District Judge, for review; it appearing that additional time is reasonably necessary for the District Court's prompt consideration of the government's motion; and for good cause shown;

IT IS, therefore, on this 7th day of February, 2022,

ORDERED, that this Court's February 4, 2022 Order Setting Conditions of Release as to defendant Brian J. Crann is STAYED until Thursday, February 10, 2022, at 5:00 p.m.; and it is further

ORDERED, that the United States Marshal is to keep the defendant in

custody until February 10, 2022, at 5:00 p.m. AND until notified by the Court that the defendant has posted bond and/or complied with all other conditions for release.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE