===============================================================

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

===============================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 22-6014 (DEA) |
| BRIAN J. CRANN | : | **STAY OF RELEASE & SCHEDULING ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey and Michelle S. Gasparian, Assistant United States Attorneys, appearing) seeking de novo review and revocation of the February 4, 2022 Order Setting Conditions of Release as to defendant Brian J. Crann, pursuant to Title 18, United States Code, Section 3145(a)(1); the government's motion having been assigned to Hon. Freda L. Wolfson, Chief United States District Judge, for review in Criminal No. 22-cr-89; it appearing that, on February 10, 2022, Chief Judge Wolfson referred the matter to Hon. Douglas E. Arpert, U.S.M.J., for rehearing to consider a supplemental proffer from the United States and to colloquy the proposed third party custodian; and for good cause shown;

IT IS, therefore, on this 10th day of February, 2022,

ORDERED, that this Court's February 4, 2022 Order Setting Conditions of Release as to defendant Brian J. Crann is STAYED and the United States

Marshal shall keep defendant Brian J. Crann in custody until further order of this Court;

ORDERED, that the defendant shall submit a response to the government's proffer as soon as reasonably possible on or before Monday, February 14, 2022; and it is further

ORDERED, that this matter shall come before the court for a bail hearing on Tuesday, February 15, 2022, at 9:30 a.m.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE