**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 22-6014 (DEA) |
| | : | |
| BRIAN J. CRANN | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of

Philip R. Sellinger, United States Attorney for the District of New Jersey

(by Alexander E. Ramey, Assistant United States Attorney), and defendant

Brian J. Crann (by Lisa J. Van Hoeck, Assistant Federal Public Defender), for

an order granting a continuance of the proceedings in the above-captioned

matter from the date this Order is signed through June 30, 2023, to permit

defense counsel the reasonable time necessary for effective preparation in this

matter and to allow the parties to discuss the matter and conduct plea

negotiations in an effort to resolve the case before grand jury proceedings and

trial; and the Court having previously entered Standing Order 21-11,

continuing this and all other criminal matters in this district until January 31,

2022, in response to the national emergency created by COVID-19; and the

defendant being aware that he has the right to have the matter submitted to a

grand jury within 30 days of the date of his arrest pursuant to Title 18, United

States Code, Section 3161(b); and seven prior continuances having been

entered; and the defendant, through his attorney, having consented to the

continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     The parties have signed a plea agreement, and both the United States and the defendant seek time to achieve a successful entry of the defendant's plea, which would render trial of this matter unnecessary;

(2)     In response to the national emergency created by COVID-19, the Chief Judge of this Court has entered Standing Order 21-11, which is incorporated herein by reference;

(3)     The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4)     The defendant has consented to the aforementioned continuance;

(5)     The grant of a continuance will likely conserve judicial resources; and

(6)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 28th day of April, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through June 30, 2023; and it is further

2

ORDERED that the period from the date this Order is signed through June 30, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge


Form and entry consented to:

_____
Alexander E. Ramey
Assistant United States Attorney


s/Lisa Van Hoeck
_____
Lisa J. Van Hoeck
Assistant Federal Public Defender
Counsel for Defendant Brian J. Crann


Eric A. Boden
_____
Eric A. Boden
Attorney-in-Charge
Trenton Branch Office

3